In the Matter of the Claim of WILLIAM KING, Respondent, against ALEXANDER BRYANT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. McNamee, J., dissents, with a memorandum in which Bliss, J., concurs. McNamee, J. (dissenting). I dissent and vote for reargument on the ground that in the findings of the Industrial Board, made March 19, 1932, it is stated in finding No. 6 that awards for total disability, from December 11, 1926, to March 24, 1927, were made against the carrier and their payment is indicated. It seems to me that the findings here are the formal decision of the Industrial Board and are binding on all parties including the Industrial Board and this court; and when the Board says that it made awards for total disability there is no warrant in the record for disputing it. Bliss, J., concurs.

In the Matter of the Claim of MARY SECULA, Respondent, against THE AEOLIAN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of SEPHA E. TRUESDELL, Respondent, against ALBANY HOSPITAL FOR INCURABLES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion by the appellant Albany Hospital for Incurables for reargument denied. Motion by appellant Albany Hospital for Incurables for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of WILLIAM WEST, Respondent, against MUNSON STEAMSHIP LINE, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of MARJANNA KARMINSKI, Respondent, against THEODORE HANDWERG and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of ANTHONY DIRENZO, Respondent, against ESTATE OF HARRIS WOLFF and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of HENRY KREGEL, Respondent, against GENERAL RAILWAY SIGNAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of HENRY McGUCKIN, Respondent, against ESTATE OF GEORGE BAKER, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.